UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

SHUN ZHEN WU,                    :

            Plaintiff,      :

                   :        26-CV-28 (JMF)

      -v-                :

                   :      MEMORANDUM OPINION

MINISTRY OF PUBLIC SECURITY OF THE  :         AND ORDER

PEOPLE'S REPUBLIC OF CHINA et al,    :

                   :

          Defendants.    :

                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff Shun Zhen Wu ("Wu"), a Chinese national proceeding without counsel, sues the Ministry of Public Security of the People's Republic of China and its current Minister, Xiaohong Wang. *See* ECF No. 1 ("Compl."); ECF No. 1-1, at 25. By Memorandum Opinion and Order to Show Cause dated January 14, 2026, the Court ordered Wu to "show cause in writing, no later than January 28, 2026, why this case should not be dismissed for lack of subject-matter jurisdiction." ECF No. 4, at 3. The Court warned Wu that, if she failed to show cause or did not file anything by that deadline, "the Court [would] dismiss the complaint without further notice." *Id.* To date, Wu has not filed any response. Accordingly, and substantially for the reasons set forth in the Court's prior Opinion, *see generally id.*, this case is hereby DISMISSED for lack of subject-matter jurisdiction. *See also Yerkyn v. Yakovlevich*, 164 F.4th 224, 228 (2d Cir. 2026) ("Foreign sovereigns — as well as their agencies and instrumentalities . . . — are presumptively immune from suit. And unless a specified exception applies, federal courts lack subject-matter jurisdiction to hear claims against them." (citations omitted)).

        The Clerk of Court is directed to enter judgment consistent with this Memorandum Opinion and Order, to close the case, and to mail a copy of this Memorandum Opinion and Order to Wu.

        SO ORDERED.

Dated:  February 6, 2026                                  _____
       New York, New York                        JESSE M. FURMAN
                                          United States District Judge