**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHUN ZHEN WU,

                                Plaintiff,

          -against-

MINISTRY OF PUBLIC SECURITY OF THE
PEOPLE'S REPUBLIC OF CHINA et al,

                            Defendants.
-----------------------------------------------------------------X

26 **CIVIL** 0028 (JMF)

## JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 06, 2026, this case is hereby DISMISSED for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      February 11, 2026

                                        **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                **BY:**

                                        **Deputy Clerk**